UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNDEN BOWER, as an individual and on behalf of others similarly situated, | CASE NO. 3:14-cv-02712-HSG |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| CYCLE GEAR, INC., a California Corporation, | |
| Defendant. | |

Tyler S. Laughinghouse, whose business address and telephone number is 901 E. Cary Street, Richmond, VA 23219, (804) 775-1194, and who is an active member in good standing of the bar of the United States District Court, Western District of Virginia; having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Cycle Gear, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:      3/19/2015

United States District Judge