1   **BALTODANO & BALTODANO LLP**
    Hernaldo J. Baltodano (SBN 222286)
2   Email: hjb@bbemploymentlaw.com
    Erica Flores Baltodano (SBN 222331)
3   Email: efb@bbemploymentlaw.com
    733 Marsh Street, Suite 110
4   San Luis Obispo, California 93401
    Tel: (805) 322-3412
5   Fax: (805) 322-3413

6   **BOREN, OSHER & LUFTMAN LLP**
    Paul K. Haines (SBN 248226)
7   Email: phaines@bollaw.com
    Fletcher W. Schmidt (SBN 286462)
8   222 N. Sepulveda Blvd., Suite 2222
    El Segundo, California 90245
9   Email: fschmidt@bollaw.com
    Tel: (310) 322-2220
10  Fax: (310) 322-2228

11  Attorneys for Plaintiff, the Classes,
    and Aggrieved Employees

12  Counsel for Defendant listed
    on following page
13

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18  LANNDEN BOWER, as an individual,      CASE NO. 3:14-cv-02712-HSG
    and on behalf of all others similarly   Honorable Haywood S. Gilliam, Jr.
19  situated,
                                            **JOINT STIPULATION RE**
20                                          **AGREEMENT ON NOTICE,**
                                            **CONSENT FORM AND**
21                  Plaintiff,              **REMINDER POSTCARD TO BE**
                                            **MAILED TO PUTATIVE FLSA**
22       vs.                                **COLLECTIVE ACTION**
                                            **MEMBERS**
23  CYCLE GEAR, INC., a California
    Corporation; and DOES 2 through 10,
24
25                  Defendants.
26
27
28
                                   1
                            JOINT STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVENPORT GERSTNER & McCLURE**
JEFFREY G. McCLURE #152974
2540 Camino Diablo, Suite 200
Walnut Creek, California 94597
Telephone: (925) 279-3430 Fax: (925) 932-1961
jeff@laborcounsel.com

**MCGUIREWOODS LLP**
Christopher M. Michalik (Admitted Pro Hac Vice)
Tyler S. Laughinghouse (Admitted Pro Hac Vice)
One James Center
901 East Cary Street
Richmond, VA 23219
804.775.4343 (Direct Line)
804.225.5411 (Direct FAX)
cmichalik@mcguirewoods.com
tlaughinghouse@mcguirewoods.com

Gerald Stubenhofer, Jr. (Admitted Pro Hac Vice)
625 Liberty Avenue
Ste 2300
Pittsburgh, PA 15222
412.667.7913 (Direct Line)
412.667.7980 (Direct FAX)
GStubenhofer@mcguirewoods.com

**Attorneys for Defendant**
**CYCLE GEAR, INC.**

2

## JOINT STIPULATION

**WHEREAS,** pursuant to this Court's Minutes of May 5, 2015, in the above-captioned matter, the Parties have met and conferred regarding the Notice Consent Form, and Reminder Postcard that are to be mailed to the putative FLSA collective action members in this action;

**WHEREAS,** the Parties are in agreement as to the form of the Notice, attached hereto as Exhibit A, with the exception of the dates for the putative class entitled to receive notice which will be dependent on this Court's ruling on the Parties' briefs and argument at the April 5, 2015 hearing

**WHEREAS,** the Parties are in agreement as to the form of the Consent Form, and Reminder Postcard that are to be mailed to the putative FLSA collective action members, and these documents are attached as Exhibits B and C, respectively, to this Stipulation;

**WHEREAS,** the Parties have agreed that putative FLSA collective action members shall have ninety (90) days from the date of the mailing of the Notice and Consent Form to opt-in to the FLSA collective action;

///
///
///
///
///
///
///
///
///
///
///

1      **WHEREAS,** the Parties have agreed that with respect to those putative

2  FLSA collective action members who have not returned a Consent Form within

3  forty-five (45) days of the date of the mailing of the Notice and Consent Form,

4  those individuals shall be mailed the Reminder Postcard.

5      **IT IS SO STIPULATED.**

6

7  Dated:  May 11, 2015            BOREN, OSHER & LUFTMAN LLP

8

9                                 By:    __/s/ Paul K. Haines_____
                                        Paul K. Haines

10                                      Attorneys for Plaintiff, the Classes and
                                        Aggrieved Employee

11

12  Dated:  May 11, 2015           MCGUIRE WOODS LLP

13

14                                 By:    _____

15                                      Christopher M. Michalik

16                                      Attorneys for Defendant
                                        Cycle Gear, Inc.

17

18

19

20

21

22

23

24

25

26

27

28
                                          4