UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNDEN BOWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYCLE GEAR, INC,<br><br>　　　　　Defendant. | Case No.  14-cv-02712-HSG<br><br>**ORDER REGARDING CLASS CERTIFICATION HEARING AND PLAINTIFF'S EVIDENTIARY OBJECTIONS**<br><br>Re: Dkt. No. 58 |

　　　　Having considered the stipulation filed by the parties, Dkt. No. 58, the Court will hold the hearing on Plaintiff's motion for class certification on August 27, 2015, at 2:00 p.m.

　　　　Furthermore, the Court considers Plaintiff's evidentiary objections, *see* Dkt. No. 54, to be withdrawn.  Dkt. No. 58.  The Court will not rule on these objections.

　　　　**IT IS SO ORDERED.**

Dated: August 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge