UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNDEN BOWER,<br><br>        Plaintiff,<br><br>    v.<br><br>CYCLE GEAR, INC,<br><br>        Defendant. | Case No. 14-cv-02712-HSG<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 60 |

Having reviewed the Joint Notice of Settlement filed by the Parties, Dkt. No. 60, the Court hereby vacates the August 27, 2015 hearing date on Plaintiff's Motion for Class Certification and Plaintiff's Motion to Strike. The parties are directed to file a statement regarding the status of the case on September 28, 2015, if the motion for preliminary approval of settlement has not yet been filed.

**IT IS SO ORDERED.**

Dated: August 14, 2015

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge